Scott E. Davis, OSB No. 022883
Email: scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300

Attorney for Plaintiff
PHYLOS BIOSCIENCE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHYLOS BIOSCIENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SILVER LION FARMS, LLC, <br><br> Defendant. | Civil Case No.: 3:22-cv-00127-JR <br><br> **ORDER CONDITIONALLY DISMISSING ACTION** |

The Court grants the parties' Joint Motion For Conditional Dismissal Of Action [10]. Accordingly, the Court conditionally dismisses this action pursuant to Fed. R. Civ. P. 41(a)(2). The parties have informed the Court that they entered into a Settlement Agreement, which includes payment obligations of the Defendant, which Defendant must complete by no later than April 15, 2024. The Court shall retain jurisdiction over this Action to enforce the Settlement Agreement. The Parties shall inform the Court within 30 days when Defendant has fulfilled its payment obligations under the Settlement Agreement. At that time, this conditional dismissal without prejudice shall be converted into a final dismissal with prejudice.

The Court orders that this case be moved to the Court's inactive docket subject to recall to the active docket (a) to convert this conditional dismissal without prejudice into a final dismissal with prejudice when the parties inform the Court that Defendant has completed its payment obligations or (b) should enforcement of the Settlement Agreement become necessary.

IT IS HEREBY ORDERED this 5th day of April, 2022.


/s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge